# United States Bankruptcy Court

## Middle District of Georgia

FILED
U.S. Bankruptcy Court
DEC 2 3 2005
Deputy Clerk
Macon, Georgia

In re                                                                               Bankruptcy Case No. 04-11490
GLENDA S. HOLLIDAY
                                                        **Debtor**

FIFE M. WHITESIDE, P.C.                    **Plaintiff**
v.
                                                                                        Adversary Proceeding No. 05-01048
GLENDA S. HOLLIDAY, MILTON VERNON HOLLIDAY,JR.,
BANK OF AMERICA, PERRY & WALTERS,LLP, **Defendant**
FIRST COLONY LIFE INS. and KRISTIN HURST, in
her capacity as Trustee

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to serve a motion or answer to the complaint which is attached to this summons upon the plaintiff's attorney within 30 days after the date of issuance of this summons, except the United States or an officer or agency thereof shall serve a motion or answer to the complaint within 35 days. At the same time or within a reasonable time thereafter, you must file with the Clerk the original motion or answer.

| Address of Clerk |
|---|
| P. O. Box 1957<br>Macon, GA 31202 |

| Name and Address of Plaintiff's Attorney |
|---|
| Fife M. Whiteside<br>P.O. Box 5383<br>Columbus, GA 31906 |

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address | U. S. Bankruptcy Court<br>CB King US Courthouse<br>201 W. Broad Ave., 2nd Flr.<br>Albany, GA 31701 | Room |
|---|---|---|
| | | Date and Time<br>02/21/06<br>2:30 p.m. |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

WILLIAM E. TANNER
_____
Clerk of the Bankruptcy Court

DEC 2 3 2005                               By: _____
_____                Deputy Clerk
Date of Issuance